Untied States District Court
Eastern District of North Carolina
Eastern Division
NO: 4:11-CR-87-FL

United States of America ) Motion for Detention
 ) hearing transcripts
 )
v. )
 )
Torrick Johntrelle Rodgers )

I am asking the Courts to grant I, Torrick Rodgers a copy of my detention hearing transcript. I am a indigent defendant and if the courts see fit I like to have a copy of my transcripts

Thank You
Torrick Johntrelle Rodgers

**MOTION DENIED**

This 1st day of June, 2012

/s/Louise W. Flanagan
LOUISE W. FLANAGAN
United States District Judge